■ In the Matter of PATSY V. CROCE, Respondent, v. ALICE K. DRAKE, Appellant.— Motion by respondent to dismiss appeal denied on condition that appellant argue or submit the appeal at the November Term, beginning October 31, 1960. The appeal is ordered to be placed on the calendar for said term. Respondent is directed within three days after entry of the order hereon, to furnish to appellant's attorneys a copy of landlord's Exhibit No. 4, so that same may be included and printed in the record on appeal. The record and appellant's brief must be served and filed on or before October 20, 1960. Motion by appellant to dispense with printing of landlord's Exhibits Nos. 1, 2 and 5 granted, on condition that five typewritten or photostat copies thereof be handed up upon the argument or submission of the appeal. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Construction of the Will of ROBERT P. GRIFFING, Deceased. ROBERT P. GRIFFING, JR., et al., Respondents; JAMES LORD, JR., Appellant.— Motion for reargument and resettlement of order of June 13, 1960 referred to the court that rendered the decision. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion denied, without costs. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of LUBITZ BROS., INC., Appellant, v. STATE RENT ADMINISTRATOR, Respondent.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of CHARLES MEINECKE, Respondent, v. JOHN M. BECKMANN, as Police Commissioner of Nassau County, Appellant.— Motion to dismiss appeal denied on condition that appellant argue or submit the appeal at the December Term, beginning November 28, 1960; the appeal is ordered to be placed on the calendar for said term. The record and appellant's brief must be served and filed on or before November 14, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of MANUEL MESSING et al., Appellants, v. STEPHEN A. COFFEY, as Superintendent of Buildings of the Village of Freeport, Inc., Respondent; JEROME BRICKER, Intervenor-Respondent.— The appeal herein having been discontinued by stipulation of the parties, the motion to dismiss the appeal is withdrawn. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ JOHN KEARNS, Appellant, v. FRANK VIGNOLA, Respondent.— Motion to dismiss appeal denied on condition that appellant argue or submit the appeal at the November Term, beginning October 31, 1960. The appeal is ordered to be placed on the calendar for said term. The record and appellant's brief must be served and filed on or before October 20, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ MARY F. KETTRELES, Respondent, v. JAMES KETTRELES, Appellant.— Motion for a stay denied, without costs. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ LOUISE M. MILLER, Respondent, v. LESLIE W. MILLER, Appellant.— Motion to dismiss appeal denied on condition that appellant argue or submit the appeal at the December Term, beginning November 28, 1960. The appeal is ordered to be placed on the calendar for said term. The record and appellant's brief must be served and filed on or before November 14, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ MT. ZION BAPTIST CHURCH OF PORT CHESTER, INC., et al., Appellants, v. SYLVESTER BROWN et al., Defendants-Respondents and Third-Party Plaintiffs. JOHN H. NICHOLS et al., Third-Party Defendants.— Motion to dismiss appeal denied, on condition that appellants argue or submit the appeal at the December Term, beginning November 28, 1960. The appeal is ordered to be placed on the